IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARTHUR TOLBERT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-04-1292 |
| | § | |
| BRAZOS M&E LTD. | § | |
| d/b/a BRAZOS M&E, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

For the reasons set forth in the separate Memorandum and Order signed this day, it is

ORDERED that Defendant Brazos M&E Ltd. d/b/a Brazos M&E's Motion for Summary Judgment (Document No. 27) is GRANTED, and Plaintiff Arthur Tolbert's claims are DISMISSED.

This is a **FINAL JUDGMENT.**

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED at Houston, Texas, on this 7th day of October, 2005.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE